# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORNELIO ESCOBAR-LEONARDES,<br><br>Defendant. | Case No.: 26cr164-RSH<br><br>**JUDGMENT AND ORDER TO DISMISS THE INFORMATION** |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: February 5, 2026

*Robert S Huie*

HONORABLE ROBERT S. HUIE
United States District Judge